IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROBERT ARIAS, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-08-00211 |
| | § | |
| PLANET RESOURCES RECOVERY, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

The initial pretrial and scheduling conference is set for **March 27, 2009, at 8:45 a.m.** The joint discovery case management plan is due by **March 17, 2009.** Counsel for plaintiff must notify the defendant and provide a copy of this order.

SIGNED on February 26, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge